IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL AIL BURK, SR., | No. 1:19-CV-01358 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| J. RUNK, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of December 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 77) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

    a. The motion is **GRANTED** with respect to Plaintiff's Section 1983 Eighth Amendment claims of deliberate indifference to serious medical needs as to all Defendants.

    b. The motion is **GRANTED** with respect to Plaintiff's Section 1983 Eighth Amendment claim of failure to protect against defendant Dreibelbis.

    c. The motion is **DENIED** with respect to Plaintiff's Section 1983 Eighth Amendment failure-to-protect claims against defendants Runk, Greene, Treaster, Harper, Eichenlaub, and Luther.

2. Entry of judgment in accordance with the above paragraph is **DEFERRED** pending disposition of the remaining claims in this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge